Ruby SHEWMAKER, Movant, v. AMERICAN LIFE & ACCIDENT INSURANCE COMPANY, Opposed.

Court of Appeals of Kentucky.

April 28, 1942.

Robert Hubbard for movant.

Edward G. Klemm opposed.

PER CURIAM.

Appeal denied; judgment affirmed.